

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellate record was originally due September 29, 2016. The clerk's record and one volume of the reporter's record have been filed.

On November 28, 2016, appellant filed a motion for extension of time to file the appellant's brief notifying this court there is a second court reporter, Maria Fattahi, responsible for filing additional volumes of the reporter's record. According to appellant's motion, appellant has requested and paid for the reporter's record and provided exhibits requested by Ms. Fattahi.

We therefore order Maria Fattahi to file the reporter's record by December 15, 2016. Extensions of time will be disfavored.

We grant appellant's motion in part and order appellant Sam Lajzerowicz to file the appellant's brief 30 days after the reporter's record is filed. Further extensions of time will be disfavored.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court